AO 241 (Rev. 09/17)

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Zakee Hamilton | Docket or Case No.: |
| Place of Confinement: SCI Houtzdale | Prisoner No.: FA1505 |
| Petitioner (include the name under which you were convicted) Zakee Hamilton | v. Respondent (authorized person having custody of petitioner) Scott Klinefelter |
| The Attorney General of the State of: | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   First Judicial District Court of Common Pleas of Philadelphia County Philadelphia County, Pennsylvania 19107

   (b) Criminal docket or case number (if you know): CP-51-CR-0008988-2010

2. (a) Date of the judgment of conviction (if you know): 8-10-12

   (b) Date of sentencing: 8-10-12

3. Length of sentence: Life + 25 years to 60 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   First Degree Murder (Life)
   Attempted Murder (20-40)
   Aggravated Assault (5-20)

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty          ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty              ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _Entered a plea of not Guilty on all charges_

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _Superior Court of Pennsylvania_
(b) Docket or case number (if you know): _2729 EDA-2012_
(c) Result: _Judgement affirmed_
(d) Date of result (if you know): _10-6-14_
(e) Citation to the case (if you know): _unknown_
(f) Grounds raised: _Weight of the Evidence And/or Sufficiency of the Evidence_

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

 (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: **Court of Common Pleas of Philadelphia, Pa**

      (2) Docket or case number (if you know): **CP-51-CR-0008988-2010**

      (3) Date of filing (if you know): **8-25-15**

      (4) Nature of the proceeding: **Post Conviction Relief Act (PCRA)**

      (5) Grounds raised: **Sixth Amendment U.S. Const. Right to counsel for counsel Trial failing to: (1) Request line up (2) Call eyewitness Stephanie Jones, Syreeta Jones, Kennisha Simms, Sixth Amendment U.S. Const Right to Counsel (Appeal) for failing to: ① Adequately argue weight/Sufficiency claims; (2) Appeal to the Supreme Ct of Pennsylvania and ③ Failing to challenge challenge all convictions on appeal (Direct)**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☒ Yes ☐ No

    (7) Result: **Denied / Dismissed**

Page 4 of 16

AO 241 (Rev. 09/17)

   (8) Date of result (if you know):   6-17-20

  (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____ Did _____

   (4) Nature of the proceeding: _____ not _____

   (5) Grounds raised: _____ file _____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☐ No

   (7) Result: _____

   (8) Date of result (if you know): _____

  (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____ Did _____

   (5) Grounds raised: _____ not file _____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ☐ Yes    ☐ No

      (7) Result: _____

      (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:    ☒ Yes    ☐ No

      (2) Second petition:    ☐ Yes    ☐ No

      (3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Violations of Petitioner's 6th, 8th, 14th U.S. Const Rights to Counsel + Due Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appeal counsel failed to the Superior Court of Pennsylvania's decision to affirm my convictions after the court refused to address my sufficiency of the evidence claim.

(b) If you did not exhaust your state remedies on Ground One, explain why:     Exhausted

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Prior Counsel did not raise this issue on my behalf.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Relief Act

Name and location of the court where the motion or petition was filed:
Court of Common Pleas of Philadelphia, Pa

Docket or case number (if you know): CP-51-CR-0008988

Date of the court's decision: 6-17-20

Result (attach a copy of the court's opinion or order, if available): Denied/Dismissed

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Appeal Counsel did not raise the issue on my behalf (possibly due to the fact the PCRA court limited Evidentiary Hearing to issue of Direct Appeal counsel not appealing to Supreme Court of Pennsylvania)

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _NONE_

**GROUND TWO:** Violations of Petitioner's 6th, 8th, 14th U.S. Const. Right to counsel, due process, and compulsory process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial Counsel failed to call (3) eye witness of the incident who were ready, willing, able to testify and would have provided favorable exculpatory testimony on my behalf

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No
(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes  ☐ No
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _Post Conviction Relief Act_
Name and location of the court where the motion or petition was filed:
_Court of Common Pleas of Philadelphia Pa_

Docket or case number (if you know): _CP-51-CR 0008988_

Date of the court's decision: __6-17-2020__

Result (attach a copy of the court's opinion or order, if available): ____

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Superior Court of Pennsylvania__

Docket or case number (if you know): __114 EDA 2020__

Date of the court's decision: __3-12-2022__

Result (attach a copy of the court's opinion or order, if available): __Affirmed__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: __Appealed to the Supreme Court of Pennsylvania who, in their discretion, denied appeal.__

**GROUND THREE:** ____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ❏ Yes  ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes  ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ❏ Yes  ❏ No

(4) Did you appeal from the denial of your motion or petition?  ❏ Yes  ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❏ Yes  ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

Page 12 of 16

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    _____

    _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    _____

    _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I'm asking for Equitable tolling because my attorney abandoned me by not telling me the Supreme Court dienied not review my case and I didnt know until I talk to attorney Catherine Trama on 12-28-22 when I was trying to hire her to file my Habeas Corpus and she told me then and If knew I would been filed my Habeas Corpus

Page 14 of 16

If had told me

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

 (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____January 1-11-23_____ (month, date, year).

Executed (signed) on _____January 1-11-23_____ (date).

_____
Zakee Hamilton
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

Page 16 of 16

Zakee Hemmilton #FA1505
SCI Houtzdale
Po Box 1000
Houtzdale, Pa. 16698

Clerk Of Court
U.S Dist Court for the
Eastern District of Pa
Room 2609
601 Market St
Phila. Pa. 19106

RECEIVED
JAN 19 2023

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
01/17/2023
US POSTAGE $001.92⁹
FIRST-CLASS MAIL
ZIP 16698
041L12204394