### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAKEE HAMILTON,<br>        Petitioner,<br><br>v.<br><br>SCOTT KLINEFELETER,<br>        Respondent. | CIVIL ACTION<br><br><br><br>NO.  23-CV-232 |

### O R D E R

**AND NOW**, this 20th  day of July, 2026, upon consideration of Petitioner Zakee

Hamilton's Petition for Writ of Habeas Corpus (ECF No. 1) and Defendant Scott Klinefeleter's

Response in Opposition (ECF No. 15), it is **HEREBY ORDERED** that:

1. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

2. There is no basis for the issuance of a certificate of appealability

3. The Clerk of Court is **INSTRUCTED** to **TERMINATE** this matter.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**